UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bernard T. Anderson Bey

Write the full name of each plaintiff.

24 CV 2295

(Include case number if one has been
assigned)

-against-

Roc Nation LLC, Mr Sean C. Carter
P.K.A. Jay-Z; Live Nation Entertainment
Inc, Renaissance Community Development
Company; Coinbase, NYCHA

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Sherman Act Section 2 Single Firm Violation
Clayton Act Section 4, 18 USC 1836 (b) (1)
Defend Trade Secrets Act, 42 U.S.C. 2000 (d)
State Law Torts For False Advertising; Unjust Enrichment
Breach of Fiduciary Duty
42 USC 3604

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Bernard T. Anderson Bey__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Mr Sean C. Carter_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Roc Nation LLC_, is incorporated under the laws of

the State of _Delaware_

and has its principal place of business in the State of _Delaware_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Bernard_     _T_     _Anderson Bey_
First Name     Middle Initial     Last Name

_35 Dwight Street Apt 6B_
Street Address

_Brooklyn (Kings)_     _NY_     _11231_
County, City     State     Zip Code

_(929) 722-6288_     _bernardandersonbey@gmail.com_
Telephone Number     Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Live Nation Entertainment Inc

First Name                        Last Name

Represented by Andrew Harrison Bart

Current Job Title (or other identifying information)

1155 Avenue of The Americas

Current Work Address (or other address where defendant may be served)

New York            NY            10036

County, City            State            Zip Code

Defendant 2:

Roc Nation LLC

First Name                        Last Name

Represented by Alex Spiro

Current Job Title (or other identifying information)

51 Madison Avenue

Current Work Address (or other address where defendant may be served)

New York            NY            10010

County, City            State            Zip Code

Defendant 3:

Mr Sean C. Carter

First Name                        Last Name

Represented by Alex Spiro

Current Job Title (or other identifying information)

51 Madison Avenue

Current Work Address (or other address where defendant may be served)

New York            NY            10010

County, City            State            Zip Code

Page 4

Coinbase

Registered Agent:
CSC  80 State Street
Albany New York 12207


NYCHA
90 Church Street
11th Floor  New York, NY

Defendant 4: Renaissance Community Development Company

First Name                Last Name

2 Allen Street

Current Job Title (or other identifying information)

New York NY 10002

Current Work Address (or other address where defendant may be served)

County, City                State                Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: U.S.A., New York

Date(s) of occurrence: May 1st 2023, Sept 2021, Dec 2022
June 23rd 2023, March 1st 2024

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Statement of Claim provided on Seperate
Sheets.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BERNARD T. ANDERSON BEY, Plaintiff

v.

ROC NATION LLC, SEAN C. CARTER;

LIVE NATION ENTERTAINMENT INC; COINBASE;

RENAISSANCE; ECONOMIC DEVELOPMENT CORPORATION;                    JURY TRIAL DEMAND

NYCHA

Defendants

---

## **COMPLAINT CONTINUED**

On May 1st 2023 the district court dismissed monopolization claims against Mr. Sean C. Carter Roc Nation

LLC & Live Nation Entertainment Inc. The dismissal was based on a 12 (b) (6) motion presented by counsel

for defendants Mr. Sean C. Carter, who fraudulently misrepresented that he has not been marketing

advertising and promoting a smear campaign and group boycott in his lyrics of various master recordings

by himself and other affiliated artist. On September 10th 2021 counsel for defendant Mr. Sean C. Carter

and Roc Nation LLC  M.T.D. pg 1 clearly states As one of the most famous rappers in the world Jay-Z is

frequently the target of frivolous lawsuits, with made up claims like this one. While plaintiff may believe

that Jay-Z has been plotting for over a decade to keep him out of the hip hop industry and is sending him

subliminal messages through his music, plaintiff's allegations don't come close to stating an anti-trust

claim.

While the initial claim has been dismissed legal objections are still presently before the district court, on a proposed 60 (b) (4) motion to vacate, regarding the sufficiency of an amended pleading civil action 1:21 cv 03314 docket entry 37. I affirm that Mr. Sean C. Carter's representation to the court denying having any knowledge of and conducting any anti competitive practices is in violation of F.R.C.P. 11 (b) (1). I initially raised the issues in docket entry 91 and 92 which was based upon a letter of intent to move forward with a Motion To Vacate based on F.R.C.P. 27 (b) and 15 (d) after realizing the legal argument for misrepresentation and fraud was appropriate under F.R.C.P. 60 (d) (3) , I also informed the court of my intent to initiate an independent action concerning said fraud upon the court and the relevant 11 (b) (1) – (4) VIOLATIONS.

The pre motion conference was presented to provide the defendants notice of my claims of fraud upon the court. However, I withdrew the request in docket # 101 in order to raise said issues in an independent action, and to draw the district court's attention to the matter whereas sanctions may be imposed sua sponte via a show cause order See Brunig v. Clark 560 F. 3d 292, 297 (5th Cir. 2009). Although I raised the issue of the stated fraud in docket entry's 110-119 seeking sanctions to set aside findings and conclusions the fraud upon the court claims where excluded by the court. See Docket entry 143 Opinion and Order of Hon. Paul A. Englemayer page 3 paragraph 2, Bey's objections where more than conclusory, largely concern matters completely outside the scope of the report in the first place.

Wherefore, I initiate this independent action. A fraud on the court requires more than ordinary witness perjury; it requires that an officer of the court (including attorney's) engage in deliberate misconduct that subverts the integrity of the decision-making process. See Turner v. Pleasant 663 F. 3d 770, 777 (5th Cir. 2011) as revised (Dec 16th, 2011) (Simple fraud is insufficient). It seems reasonably clear that courts may

infer an improper purpose from the filing of frivolous papers. See Townsend v. Holman Consulting Corp., 929 F.2d 1358, 1366 (9th Cir. 1990). The more difficult question is determining when, if ever, the court can find that a party acted with an improper purpose when filing a non frivolous paper. See Townsend v. Holman Supra. The consensus seems to be that non frivolous submissions can violate rule 11 (b) (1) if they are submitted to harass or embarrass the other party, to cause delay or expense of for any other improper purpose. See F.D.I.C. v. Maxxam, Inc., 523 F.3d 566, 586-87.

As likewise here Mr. Sean c. Carter acting as a dual officer of roc Nation LLC and Live Nation Entertainment Inc. Having a vested interest of a specific amount of shares of Live Nation Entertainment Inc. and having a keen understanding of its operations due to his 50/50 360 deal the legal standard of single firm violations should be applicable to this stated misrepresentation. Pursuant to Texaco Inc. v. Dagher, 547 U.S. 1 2006, when those who would otherwise be competitors pool their capital and share the risk of loss and opportunities for profit, they are regarded as a single firm competing with other sellers in the market.

Mr. Sean C. Carters representation to his counsel have been presented with malice and bad faith. With the intent to conceal his guilt for the perpetuation of anti-competitive and exclusionary practices while simultaneously continuing his sabotage of my company's operations. In support of my affirmations I refer to Mr. Sean C. Carters behavior with similar competitors as I have named previously Prodigy P.K.A. Albert Johnson (who is now deceased) where as he hired a private investigator or some other form of investigative method to procure a picture of Prodigy with dance gear  whereas he referred to  Prodigy as and I quote "a ballerina" The picture was utilized during his summer jam performance. He likewise utilized this method of attempting to exclude Nasir Jones from the hip hop industry. In the sound recording, publishing and touring industry  for independent artist, reputation is paramount to success.

Pursuant to United States v. Aloca 148 F. 2d 416 (2d Cir. 1945) the Court held that Aloca's own admissions and conduct were sufficient to prove monopoly power and intent to exclude competitors at 432-435.

In addition to the exclusionary and predatory practices of the defendants as a result I have had to deal with the underlining systematic and racial discrimination in the acquisition of financing for the operation of my company as well as the use of essential facilities requisite to run the label effectively. As an underlining affect due to the fact that the stated industry is predominantly white owned with the bulk of all revenues from these industries being divided by the major record labels which are all predominantly white owned. The defendant's boycott only increased the difficulties of what was already an almost insurmountable task. (See Exhibit A1- A8 Email thread of sabotage of essential facilities).

Based on my affirmations of fact concerning specific master recordings of Mr. Sean C. Carter and other affiliated artist namely Beyonce Carter, Kanye West, Drake, Future, J Cole,  in songs entitled vs by Jay-Z off of The Magna Carter Album; which referenced my song entitled Brooklyn Shit by The Great Brooklyn Streets featuring Brook Star, Formation by Beyonce Carter which referenced my single Brooklyn Shit featuring Brook Star as well,  Kanye West song Wolves which referenced my song Raise Your Weapon by The Great Brooklyn Streets featuring Brook Star; Future, in songs such as I Got The Keys and Roof off The Maybach which also reference Raise Your Weapon by The Great Brooklyn Street featuring Brook Star;  Bas featuring J Cole and Lil T Jay's song called The Jackie, which referenced the location that I distributed my mix cds and initially met Brianna Mctier the song referenced her as promiscuous as a smear campaign; Love All by Drake featuring Jay Z which was released in September of 2021 off of Drakes album Certified Lover Boy in which Jay-Z called for a group boycott as a brand and artist and enticing other industry professionals and artist not to work with me.  Pursuant to F.R.C.P. 11 (b) (3), I affirm the defendants

assertions are contrary to the weight of the evidence, whereas a comparison to my lyrics will show a clear connection and relation to a smear campaign and boycott perpetuated to exclude me from the industry.

Pursuant to Aspen Skiing Corp v. Aspen Highlands Skiing Corp., 472 U.S. 585 (1985). The requisite elements of a failure to deal claim are 1) The existence of monopoly power; 2) The termination of a voluntary course of dealing or refusal of use of essential facilities 3) Lack of any valid business justification and 4) The existence of anticompetitive effects. I hereby affirm that the defendants have utilized their political power and influence to sabotage my newly established company T.Z.P.S. LLC's operations which has caused me loss of salary and fringe benefits namely preventing the financing of my company T.Z.P.S. LLC established on July 19th 2022, via Coinbase and other crypto exchange platforms due to the release of said secret information released during the initial proceeding civil action 1:21 cv 03314. I have realized a profit of approximately 16.04 million dollars at F.E.G. Tokens all time high of approximately 11.85 billion tokens at a price per token of 0.0014 as of January 30th 2024. Whereas I assert that such financing plans have been misappropriated and utilized to sabotage my financing plan to procure working capital to operate the company. I hereby assert a claim of misappropriation of trade secrets against defendants Mr. Sean C. Carter, Live Nation Entertainment Inc. and Coinbase pursuant to 18 USC 1836 (b) (1) as well as State law tort claims for unjust entertainment false advertising and breach of fiduciary duty. I am asserting a claim

against Renaissance Economic Development Corporation pursuant to 42 U.S.C. 2000 (d) prohibition against exclusion from participation in denial of benefits of, and discrimination under federally assisted programs on grounds of race color or national origin. I affirm that systematic racism has caused many institutions to develop a policy of discriminatory practices in it lending or just general practices in providing services to people of color based on the perception of slavery. In December of 2022, Amy Lam and staff at Renaissance provided misinformation and where unhelpful from the beginning of the application process. I affirm that this was because of political influence of the defendants in perpetuation of the stated exclusion from essential facilities and the underlying policy of denying loans for business purposes to

people of color.  Finally I am asserting claims against NYCHA pursuant to 42 USC 3604 Discrimination in the sale or rental of housing and other prohibited practices.  Whereas as of March 1st 2024 Assistant Manager Verhonda Johnson of Red Hook West Houses has deliberately over looked my repeated request for intervention through NYCHA's grievance policy. Whereas they have repeatedly sought to gain access for purposes of XRF light testing. I affirm that the testing is a guise to illegal evict myself and youngest daughter from our residence by falsifying the XRF test results. In support of my assertion, I affirm that I reached a settlement within this Court Docket No. 19-3835 after a NYCHA employee falsified information during the application process to keep my daughter of om my housing application. Likewise, this is another count of the ongoing practice of falsifying records and or initiating false charges or investigations against me.  There have been 3 in total now, 2 of which have been enumerated in the initial complaint, 1:21 cv 03314. I have asserted the fact that destabilization is a tactic employed in both foreign policy as well as business and such is the case here, see U.S. v. Approximately 1170 Carats of Rough Diamonds 05-cv-5816 (ARR) (MDG) (E.D.N.Y. July 22nd 2008) Regarding such destabilization tactics.

See also Societe Des Hotels Meridien v. Meridien S.A. Lasalle Hotel Operating Partnership, L.P. These actions are not isolated incidents but the perpetuation of anti-competitive practices and the related anti-competitive effects defined in Aspen Skiing Corp v. Aspen Highlands Skiing Corp, supra. In fact the association between Justin Blot and Future as evidenced in the text message thread Docket Entry 92 and Futures ties to Mr. Sean C. Carter, Jay-Z in the stated master recordings are extremely similar in context to King v. Jowers, Supreme Court of Tennessee at Jackson Nov 24th 1999 No. W1999-00984-SC-SC-S10-CV (Tenn. Nov. 24 1999), whereas James Earl Ray had been setup as a patsy to take a fall and be charged with the assassination of Martin Luther King Jr., where the Jury found there was a conspiracy perpetrated by Jowers and other conspirators, including various United States Government Agencies, to murder King and frame James Earl Ray as a patsy. Whereas likewise such entrapment activities have occurred here with

Brianna Mctier, (See Exhibit A8 Investigation report by Kelly Annise), these events where referenced in Bas and J Cole's "The Jackie" concerning the nature of the initiation of our relationship, the area we both utilized to distribute master recordings and simultaneously sullying her reputation as a means to cause professional injury and damage my professional reputation to a point a could no longer be relevant in the market.

 Finally, I assert discrimination from utilization of public facilities by Live Nation Entertainment Inc. pursuant to 42 U.S.C. 2000 B -2000 b3 from exclusion from active participation in broadcast radio for marketing and advertising purposes. (See Exhibit A1 Email Thread With Executive Officers Requesting Information Regarding Services).

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Professional injury to reputation of brand of The Great Brooklyn Streets P.K.A. Bernard T. Anderson Bey, loss of income from sound recording, publishing and touring, loss of use of personal investments, loss of profits from personal

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Preliminary Injunctive Relief against Coinbase to rescind the original smart contract, loss of profits and use of FEG token smart contract, a T.R.O. against NYCHA restraining them from attempts of illegal

Injuries continued:

investments, Loss of Investment Opportunities.
(Massive Apparel) etc.

Relief Continued

eviction under the guise of XRF testing without providing alternative permenant housing options as requested in my grievances, which have        unanswered. The all time high for the F.E.G. Token was 16.04 million for the 11.85 billion tokens I acquired. Its current price is 8.5 million dollars. Finally I am seeking injunctive relief against Live Nation Entertainment Inc. to gain access to broadband national F.M. syndycated station whereas they are public facilities pursuant to 42 USC $ 2000 b- 2000 b3.

## V. PLAINTIFF'S ~~CERTIFICATION~~ AND WARNINGS

*Affidavit*

By signing below, I ~~certify~~ *affirm* to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March 26 2024
Dated

Bernard Bey
Plaintiff's Signature

Bernard
First Name

T
Middle Initial

Anderson Bey
Last Name

35 Dwight Street Apt 6B
Street Address

(Kings) Brooklyn
County, City

NY
State

11231
Zip Code

(929) 722-6288
Telephone Number

bernard.andersonbey@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

STATE OF NEW YORK
COUNTY OF KINGS
SIGNED BEFORE ME on 3/26/2024
Bernard Bey

PIYUSH B. SONI
Notary Public, State of New York
No. 01SO6038647
Qualified in Kings County
Commission Expires March 20, 2026

3/26/24, 11:53 AM	T.Z.P.S. LLC. Mail - Service Purchase Request For Distribution of Sound Recordings and Concert Promotion

Case 1:24-cv-02295-ALC   Document 1   Filed 03/27/24   Page 18 of 46

M Gmail

Exhibit A 1

Bernard Bey <tzpsllc@tzpsllc.com>

# Service Purchase Request For Distribution of Sound Recordings and Concert Promotion

2 messages

**Bernard Bey <tzpsllc@tzpsllc.com>**	Fri, Dec 8, 2023 at 9:50 AM
To: michaelrapino@livenationentertainment.com, kaitlynhenrich@livenationentertainment.com

Good morning, my name is Bernard T. Anderson Bey, I am reaching out to the corporate officers of Live Nation Entertainment Inc., as a fellow record label and event promoter in the sound recording industry, in light of Live Nation Entertainment's strength, excellence and market positioning in both the sound recording and concert promotion industries, I now seek to become a customer, asset and esteemed partner of Live Nation Entertainment Inc. by outsourcing, digital distribution, marketing and promotion of sound recordings and concert promotion for my company. Through my financing efforts I have acquired $3.04 million dollars to invest into my company's growth and expansion I am currently in the process of obtaining $100k in financing to perpetuate upcoming projects which will consist of the production of a 300 song catalog to the current 25 song catalog I currently possess with myself and other affiliated artist which I would like to present to Live Nation Entertainment Inc in lieu of obtaining a 360 partnership deal. Like Live Nation Entertainment Inc. I am committed to excellence and look forward to growing a multimillion dollar enterprise through our partnership and mutually beneficial interest. I will visit Live Nation Entertainments NYC office to inquire about artist and label services for marketing and promotion purposes and associated cost so that I may draft a budget to include with my business plan for the said financing purposes. I look forward to working with you in the near future. Thank you for your time and consideration.

Respectfully,
Bernard Bey
C.E.O.

--
T.Z.P.S. LLC
C.E.O.
Bernard Tyshawn Anderson Bey
WWW.TZPSLLC.COM  (Website Currently Under Construction)
https://linktr.ee/THEGREATBROOKLYNSTREETS
Office Phone:(302) 232-8970
Cell (718)930-8885
Office Address: 8 The Green Suite 13958
Dover Dalaware 19901

**Bernard Bey <tzpsllc@tzpsllc.com>**	Tue, Dec 12, 2023 at 8:20 AM
To: michaelrapino@livenationentertainment.com, kaitlynhenrich@livenationentertainment.com, specialevents@livenationentertainment.com

To: C.E.O.: Michael Rapino
Senior Vice President of Corporate Communications & Social Impact : Kaitlyn Henrich

Good afternoon, yesterday I visited Live Nation Entertainment Inc headquarters in NYC at 430 W 15th Street  at approximately 12:30pm and spoke with a receptionist concerning the promotion of My Rise and Grind To Reign Festival and Independent Artist Showcase as well as my 25 song catalog and me outsourcing marketing, promotion  sync licensing and touring via Live Nation Entertainment Inc. I am unaware if you have an artist and label services dept that deals specifically

3/26/24, 11:53 AM

T.Z.P.S. LLC. Mail - Service Purchase Request For Distribution of Sound Recordings and Concert Promotion

with record labels and artist or if I would need to speak with liaisons with each dept in order to achieve my goals of creating a phenomenal event that is fun and relatable for all people proving myself in the concert promotion space as an asset and thereby effectively partnering with Live Nation Entertainment Inc. As I have stated in my previous email I have acquired 3.04 million dollars in an investment and am now in the process of acquiring $100,000 in financing in order to begin this process with Live Nation Entertainment Inc. In order to do so I need a budget I can add to my business plan. Please reach out to me as soon as possible with an appointment with the appropriate liaisons at Live Nation Entertainment Inc. and send a fee schedule concerning said services. Thank you for your time and consideration on these matters.

Respectfully,
[Quoted text hidden]

Exhibit A 1

 Gmail

Exhibit A2

Bernard Bey <tzpsinc@gmail.com>

---

## [Reply] Case #15843168

6 messages

---

**Coinbase Support** <help@coinbase.com>                    Thu, Jun 22, 2023 at 5:42 PM
To: "tzpsinc@gmail.com" <tzpsinc@gmail.com>

Hello Bernard,

Thanks for contacting us. We're happy to help, but first we'll need you to provide us with the following information.

Can you tell me what error message(s) you are receiving, and/or provide a screenshot of where you're getting stuck?

Please send any images or screenshots as attachments. We're unable to see images/screenshots when they are inserted in the body of your email.

After you send us the information requested above, we'll work hard to quickly address this issue. We appreciate your patience and understanding.

Thank you in advance,
Coinbase Support

thread::RxvemWxfBwSKqzT5iYpAkhI::

---

**Bernard Bey** <tzpsinc@gmail.com>                    Thu, Jun 22, 2023 at 5:46 PM
To: Coinbase Support <help@coinbase.com>

I am attempting to purchase Ethereum on Coinbase Wallet however the transaction won't complete. I'm attempting to transfer between 1 to 2 million worth of FEG Token into Coinbase wallet.
[Quoted text hidden]

**6 attachments**



**Screenshot_20230622-172915.png**
90K



**Screenshot_20230622-172751.png**
122K



**Screenshot_20230622-172716.png**
77K



**Screenshot_20230622-172703.png**
179K



**Screenshot_20230622-172636.png**
198K



**Screenshot_20230622-172214.png**
190K

**Coinbase Support** <help@coinbase.com>                                      Thu, Jun 22, 2023 at 5:57 PM
To: "tzpsinc@gmail.com" <tzpsinc@gmail.com>

Hello Bernard,

Thanks for contacting us.

After a review of our records, we've found that your recent card purchase was declined with the following error code: **"51 – Limit Exceeded."**

This suggests that your card issuer has denied the transaction either because this it will exceed the purchase limit set by your bank, or your debit card had already exceeded this purchase limit before this transaction.

You may want to confirm this with your bank/card issuer before you try again. Additionally, please ensure that any restrictions placed by your card issuer have been lifted before you attempt to use it again.

Please reply to this email if you have any additional questions and we will be happy to help.

Kind Regards,
[Quoted text hidden]

**Bernard Bey** <tzpsinc@gmail.com>                                    Thu, Jun 22, 2023 at 7:37 PM
To: Coinbase Support <help@coinbase.com>

After speaking with Customer service at Santander they have expressed that the difficulty in processing the transaction is stemming from Coinbase. Speaking to Coinbase customer service they have expressed that it is due to insufficient funds in my account to process the $200 payment I am uploading a screenshot of my online banking account showing over $800 in available funds. Please process the transaction as soon as possible. Failure to do so will result in a substantial loss of approximately $3,000,000 in FEG which will be liable to Coinbase and Santander.
[Quoted text hidden]



**Screenshot_20230622-192947.png**
116K

**Bernard Bey** <tzpsinc@gmail.com>                                    Thu, Jun 22, 2023 at 7:40 PM
To: Coinbase Support <help@coinbase.com>

Please also review the transaction I am attempting to process for FEG Token/Coin for over 3 million dollars.
[Quoted text hidden]



**Screenshot_20230622-193803_Ledger Live.jpg**
361K

**Coinbase Support** <help@coinbase.com>                                Thu, Jun 22, 2023 at 8:07 PM
To: "tzpsinc@gmail.com" <tzpsinc@gmail.com>

Hello Bernard,

Thanks for contacting us.

After a review of our records, we've found that your recent card purchase was declined with the following error code: "51 – Limit Exceeded."

This suggests that your card issuer has denied the transaction either because this it will exceed the purchase limit set by your bank, or your debit card had already exceeded this purchase limit before this transaction.

You may want to confirm this with your bank/card issuer before you try again. Additionally, please ensure that any

restrictions placed by your card issuer have been lifted before you attempt to use it again.

Please reply to this email if you have any additional questions and we will be happy to help.

Kind Regards,
Coinbase Support


[Quoted text hidden]



*Exhibit A3*

**Bernard Bey <tzpsinc@gmail.com>**

---

## [#913] Migration Ratio
1 message

---

**FEG (Feed Every Gorilla) <tickets@feg-feed-every-gorilla.p.tawk.email>**     Fri, Jun 23, 2023 at 10:32 AM
Reply-To: "FEG (Feed Every Gorilla)" <tickets+c23e963011d211eeb757b5f10edfd026@feg-feed-every-gorilla.p.tawk.email>
To: V1687518771799249 <tzpsinc@gmail.com>

---

##- Please type your reply above this line -##


The original supply was 100Q circulating supply, the new version was reduced to 100B circulation
supply so the ratio is not 1:1 it's 1,000,000:1 but you don't lose anything you will still own same % of
circulation supply as previously.
If for example before migration you Feg is worth say $100 then it would still be worth $100 right after
migration.
Hope this explains you querie.
Need any more info fell free to get back in contact.

Regards

FEG Team

Attachment(s) :

- IMG_20230205_164201_004.jpg


Message your customers with tawk.to - it's Free!



Exhibit A ←1

Bernard Bey <tzpsllc@tzpsllc.com>

## Account Updated: Billing Address
21 messages

**Bernard Bey** <tzpsllc@tzpsllc.com>                                     Mon, Jan 16, 2023 at 7:31 AM
To: "info@delawareregisteredagent.com" <info@delawareregisteredagent.com>

On Friday January 13th I spoke with Thressa Randall and Makenzie (I hope I spelled it correctly) concerning the Billing address on my invoices. Whereas my financial institution requested a copy of my phone bill for my registered office/registered agent. I requested that the billing information be changed before I was billed. whereas I had not been charged yet. The story she gave me of why my billing address could not be changed made no sense to me. I never attempted to be difficult I am only trying to utilize the service that I paid for. And there is a deliberate effort of preventing my efforts to do so by my competitors. I also requested virtual office service so I could clearly distinguish between registered agent services and virtual office services. And so I could utilize that needed service. However the billing address remained the same after I requested it to be changed to my registered agents office address whereas that is the service you provide me.  Because it is unclear to you the severity of my situation I will explain it so it can be corrected and we can move forward with business amicably. I am currently in civil litigation with Roc Nation LLC,,Mr. Sean C. Carter  et al. for anti trust violations of exclusionary practices. I currently am in the process of financing my company through the SBA 7A loan application for 100 K and 1.3 million in grant funding. If my billing addresses don't reflect the company's registered office which is the service you provide which I requested and paid for it eliminates the separation between corporate and individual assets. 8 Delaware C Section 131 and 132 clearly define the titles of registered office and registered agent as follows:

Section 131 (a) Every corporation shall have and maintain in this State a registered office which may, but need not be, the same as  its place of business.

(b) Whenever the term "corporations principal office or place of business in this State" or other term of like import, is or has been used in a corporation's certificate of incorporation or any other document, or in any statue, it shall be deemed to mean and refer to, unless the context indicates otherwise, the corporation's registered office required by this section.

Section 132 (a)  Every corporation shall have and maintain in this state a registered agent, which agent may be any of: (1) The corporation itself; (2) An individual resident in this state; (3) A domestic corporation  (other than the corporation itself) (4) A foreign corporation.

(h) Whenever the term "registered agent" or "registered agent in charge of a corporation's principal office or place of business in this State" Or other term of like import which refers to a corporation's agent required by statue to be located in this State, is or has been used in a corporation's certificate of incorporation, or in any other document, or in any statue, it shall be deemed to mean and refer to, unless the context indicates otherwise, the corporation's registered agent required by this section; and it shall not be necessary for any corporation to amend it's certificate of incorporation or any other document to comply with this section.

I have updated my account setting to reflect our business between A Registered Agent LLC relationship as T.Z.P.S. LLC's registered office and agent as required by Statue and reflected in the company's certificate of formation. Because I requested this information be changed before I was billed on Friday January 13th and it was not I am asking that it be corrected now on those stated invoices so it can be uniform with the company's certificate of formation. There is a deliberate effort to sabotage my business operations.Please respond to me by email so I can have a record of this interaction and requested remedy. Thank you for your time and attention concerning these matters.

T.Z.P.S. LLC
C.E.O.
Bernard Bey

**info@delawareregisteredagent.com** <info@delawareregisteredagent.com>              Tue, Jan 17, 2023 at 12:55 PM
To: tzpsllc@tzpsllc.com

Good Morning Benard,

Thank you for reaching out on this Amazing Tuesday!

We understand you are wanting to list the Registered Agent address for your invoices however, please understand our Registered Agent address isn't to be listed for the mailing or billing address.

All invoices will have the billing address associated with the payment method used therefore, we aren't able to remove or change that address if it hasn't been changed with the credit card company or banking institute.

You currently signed up for our Virtual Office which provides you with a unique address which can be used as your mailing address only should you like however, your billing address associated with the payment method will still be associated with your account.

Danielle Simpson
A Registered Agent Inc.
Delaware Corporate Headquarters LLC
8 The Green, Ste A
Dover, DE 19901
(302) 288-0670
info@delawareregisteredagent.com
www.delawareregisteredagent.com

Write us a Review at

Google | Yelp | BBB

---

**Bernard Bey** <tzpsllc@tzpsllc.com>                                          Tue, Jan 17, 2023 at 11:55 PM
To: info@delawareregisteredagent.com

I have been very reasonable and respectful concerning my request for Delaware Registered Agent Inc to provide the agreed upon services we contracted for if the services I have purchased are not provided I will be forced to take legal action and include the company in the current Anti Trust Litigation for anti competitive practices and market exclusion for the reasons I have explained in my numerous emails  because my resident office and agent services have been compromised and the company refuses to comply with my request that they have agreed to provide as required by law and per my original agreement.
[Quoted text hidden]

---

**Bernard Bey** <tzpsllc@tzpsllc.com>                                          Wed, Jan 18, 2023 at 9:44 AM
To: info@delawareregisteredagent.com

Good morning, finally for the record I have expressed repeatedly that I have requested that my bank make the necessary updates to the Business Checking account to make the business address uniform with the company certificate of formation as I had initially intended and requested when I established the account. However once I realized that they had deliberately set the company's physical address as my individual address on my loan application I requested they update it to the physical address on the company's certificate of formation. Not only did they deliberately enter the wrong information concerning the company's physical address per our agreement they also falsified personal financial information to have my application denied. Therefore I have filed a letter motion to added supplemental pleadings concerning the discrimination of federal programs concerning the SBA 7a loan application pursuant to 42 USC section 2000 (d) in addition to the Anti Trust Litigation already underway. It's clear based on our conversations and correspondence you don't want to comply with our contractual agreement that I requested so the company could meet the requirements of Delaware Statues regarding the formation of domestic LLC's. Due to the ongoing restraints I conquer that it's do to the political and financial influence of my competitors and in order to secure my Constitution and statutory rights I will take legal action if necessary.
[Quoted text hidden]

---

**info@delawareregisteredagent.com** <info@delawareregisteredagent.com>        Thu, Jan 19, 2023 at 8:35 AM
To: tzpsllc@tzpsllc.com

Hello,

The billing address in your account is currently 35 Dwight Street 6B in Brooklyn, NY 11231, is this correct?

Regarding your past invoices, we are not able to update the address on them as they have already been issued and paid for.

Have a wonderful day.

**Sophia Matthews**
[Quoted text hidden]

---

**Bernard Bey** <tzpsllc@tzpsllc.com>                                    Thu, Jan 19, 2023 at 5:20 PM
To: info@delawareregisteredagent.com

Good morning I already updated the billing address to the registered office address and saved screen shots of the information I changed it to as it should be 8 The Green Suite A Dover Delaware 19901 so its uniform with the certificate of formation for T.Z.P.S. LLC. I saved all the information in a pdf. Also the billing address for my Credit Card Is the same when I opened the account as well as the associated address for my Dun and Bradstreet account. I utilized the company credit card for the company's phone service a few times already. Billed to T.Z.P.S. LLC 8 THE GREEN SUITE A DOVER DELAWARE 19901. I made those changes as well as labeled my individual address and shipping address. I've said this a few times through email and via over the phone. 35 Dwight Street is not the company address it's my individual address I am not the company's registered agent because your company Delaware Registered Agent Inc. serve as both the registered office and agent per our initial agreement.  Therefore I utilized that on my certificate of formation as registered office and agent. Thank you.
[Quoted text hidden]

---

**info@delawareregisteredagent.com** <info@delawareregisteredagent.com>    Fri, Jan 20, 2023 at 3:30 PM
To: tzpsllc@tzpsllc.com

Good Afternoon Bernard,

Thank you for reaching out!

I understand you are wanting to list the Registered Agent address for your invoices however, please understand our Registered Agent address isn't to be listed for the mailing or billing address.

Our address 8 THE GREEN SUITE A DOVER DELAWARE 19901 is to be used for Secretary of State documents only not as a personal mailing address outside of the Secretary of State, it isn't to be provided to the Bank or the Credit Card Companies simply because it is strictly for state document pertaining to the Register Agent Services.

This is the reason we offer our Mail Forwarding and Virtual Office Services for our clients who need a unique address for their businesses.

I am showing you have signed up for our Virtual Office with your very own unique suite number that can be used as your mailing address. All invoices will have the billing address associated with the payment method used therefore, we aren't able to remove or change that address if it hasn't been changed with the credit card company or banking institute.

Have an awesome weekend,

**Danielle Simpson**
[Quoted text hidden]

---

**Bernard Bey** <tzpsllc@tzpsllc.com>                                    Fri, Jan 20, 2023 at 5:20 PM
To: info@delawareregisteredagent.com

Good afternoon the registered office  as defined in the Delaware Code under the requisite statute is for those purposes. And I am lawfully within my rights to utilize the registered office as per the terms of our initial agreement for mailing and billing. To incist otherwise is a deliberate fraud and misrepresentation.There is a deliberate attempt to misrepresent the facts and law concerning these rights for said company and myself as owner of said company that I am duly aware, please cease and decist from these factual and legal misrepresentations concerning the registered office and my rights as expressed in the terms of the agreement and legally by statue.
[Quoted text hidden]

---

**Bernard Bey** <tzpsllc@tzpsllc.com>                                    Fri, Jan 20, 2023 at 6:20 PM
To: info@delawareregisteredagent.com

Furthermore these fraudulent misrepresentations concerning not being able to utilize the registered office for billing or mailing purposes when the terms of our agreement describe how to have regular mail processed by Delaware Registered

Agent Inc. Is being deliberately perpetuated to deprive me access to financing by my competitors. There is only a slight deviation in the which is 8 The Green suite #4000 Dover Delaware 19901 in said agreement for the processing of regular mail and small packages for an additional fee. So to suggest that it can not be utilized as a billing address is a misrepresentation of the terms of our agreement.

Likewise the deviation between the virtual office suite is inconsequential when the sole purpose of denying my ability to change the physical address of the company to the registered office and agent services I have aquired with your company was with the implcited intent to make me personally liable for any claims against the company removing any idemnity for asset protection by insisting it remain my personal address and perpetuating the same. But over complicating what is a seemless process is being perpetuated with malice and Ill intent to deprive me of financing opportunities as I have stated repeatedly.

[Quoted text hidden]

**Bernard Bey** <tzpsllc@tzpsllc.com>                                                        Fri, Jan 20, 2023 at 10:44 PM
To: info@delawareregisteredagent.com

Finally companies that offer resident agent services routinely offer business address solutions to meet the federal requirements of the FDIC's principal place of business requirements for businesses in need of such services for indemnity purposes or otherwise.Handling mail virtually and providing an office suite suitable to meet the federal requirements of the FDIC. The agreement you provided me for submission to my financial institution was deliberately drafted in a way to utilize legal jargon that would have it automatically denied by my banking institution. When I specifically asked for a business address solution.from customer service when I placed the order explaining precisely what it would be utilized for. Utilizing the term Virtual Office Suite in the title of the agreement automatically makes it improper for said purpose. I have attached pdfs of two companies that provide business address solutions and complete the process of physical address verification with the banking institution during the validation process.

[Quoted text hidden]

**2 attachments**

📄 **Physical-Address-Solutions-VirtualPostMail - VPM.pdf**
294K

📄 **Opening a U.S. Business Bank Account _ SnapMailbox.pdf**
190K

**info@delawareregisteredagent.com** <info@delawareregisteredagent.com>                      Mon, Jan 23, 2023 at 2:09
To: tzpsllc@tzpsllc.com                                                                        PM

Good Morning Bernard,

Happy Monday! The start to an Amazing Week!

We understand and we want to assist you with your situation. In order for me to put in the request to have your case reviewed, I have to confirm what you need to move forward. From what I understand, you need to have 8 The Green STE A, Dover, DE 19901 listed as the billing address on an invoice so you can present it to the bank. Is that correct? I can't promise I can make it happen, but I am going to do my best to advocate for what you need.

We want to make sure we provide services that take care of our clients, but we aren't always able to cover what you need. We want the best for you, so if we can't meet that, I can help you with the cancellation and putting in a refund request.

Have an awesome day,

[Quoted text hidden]

**Bernard Bey** <tzpsllc@tzpsllc.com>                                                        Mon, Jan 23, 2023 at 3:26 PM
To: info@delawareregisteredagent.com

Good afternoon, the virtual Office Agreement contains legal jargon that can be easily misinterpreted and have my request to have the company physical address updated denied.  I am retaining registered agent services, virtual office services that allow Delaware Registered Agent Inc. to collect regular mail on behalf of T.Z.P.S. LLC and the lease agreement for

the physical office suite 8 The Green Suite #13958 Dover Delaware 19901. The virtual office agreement gives no clear distinctions between these services and if that agreement is submitted without amendment it will deliberately be misinterpreted. The use of the physical address suite 13958 is necessary to meet the FDIC requirements of my financial institution to update the company's physical address as the company's principal place of business in accordance with the Delaware Code. So please provide a separate Lease Agreement for office suite 13958 at 8 The Green Dover Delaware 19901 to distinguish between the Virtual Office Services of uploading and scaning all regular mail for the company as well as update the billing and mailing address to 8 The Green Suite 13958 Dover Delaware 19901. Thank you.

[Quoted text hidden]

**Bernard Bey** <tzpsllc@tzpsllc.com>               Sat, Jan 28, 2023 at 9:16 AM
To: info@delawareregisteredagent.com

Good morning, per the conversation I had with Bobby on January 25th 2023 at approximately 3:43 pm He has refused to amend the agreement terms to meet the FDIC requirements requisite to permit the physical address change to meet the principal place of business requirements. Delaware Registered Agent lease office space to Companies who are in need of such services, likewise in the description of the virtual address service it specifically states it provides a business address to be utilized on company letterhead and bank statements or whatever you need. So to refuse to provide me the service to establish the physical address needed to provide indemnity between my personal and business assets is unacceptable and not in compliance with the initial presented terms for the service I paid for. As I have stated repeatedly I know this is due to the political and financial influence of my competitor in which I am now in litigation and overzealous public officials looking to seek unjust enrichment due to the out falling detriment. This is causing me damage by delaying my business pursuits and ability to access financing due to the delay in updating the companies physical address.I have attached the Virtual Office Service description concerning utilizing said service for the business address and banking statements or any other required service. It is evident that Delaware Registered Agent Inc provides alternate business address solutions but is deliberately depriving me of these services. I am requesting once more that Delaware Registered Agent Inc. meet its service agreement as specified in it's service description so as this matter can be dissolved amicably. Where I have lost amicable time addressing this issue I request that it be done expeditiously so I can move forward with my funding applications. The Virtual Office Agreement does not provide a physical space to meet my financial institutions requirements. Furthermore please respond to this email whereas phone calls can be utilized to misrepresent the fact and circumstances of the negotiations. This provides specifics as to what was stated and or agreed upon and if the issues have been properly resolved or disregarded. Thank you.

[Quoted text hidden]

 **Delaware Virtual Office-TermsofAgreement.pdf**
173K

**info@delawareregisteredagent.com** <info@delawareregisteredagent.com>       Tue, Jan 31, 2023 at 12:14 PM
To: tzpsllc@tzpsllc.com

Good Morning Bernard,
I hope your Tuesday morning is going beautifully!
I understand the issues you are experiencing with the Virtual Office. Since it appears out Virtual Office will not provide you with what are expecting.
I am more than happy to assist you with cancellation of the Virtual Offices allowing you to find a company that can better suite your needs.

[Quoted text hidden]

**Bernard Bey** <tzpsllc@tzpsllc.com>              Tue, Jan 31, 2023 at 12:56 PM
To: info@delawareregisteredagent.com

Good afternoon I am not interested in canceling my services because that would cause me unnecessary stress, time and money. And the prolonging of completion of my financial applications. As I have expressed repeatedly. I purchased the Virtual Office Services based on the website description, please express to me in detail how I am allowed to utilize the business office suite address so I can make the appropriate arrangements and conduct my business appropriately. Due to the fact there has been so many discrepancies and my business situation has been mishandled please express this via email. So their is no confusion or misunderstanding or miscommunications. I have expressed the reasoning so at this point the prolonging of handling this simple issue is unnecessary. I would prefer to handle this cordially so we can proceed with business without further turmoil. Thank you.

[Quoted text hidden]

**Bernard Bey** <tzpsllc@tzpsllc.com>
To: info@delawareregisteredagent.com

Wed, Feb 1, 2023 at 7:40 AM

Good morning, I am trying to utilize my office suite to add to my banking statements, I can not do this because Delaware Registered Agent Inc. refuses to verify this information for my financial institution, they are not accepting my phone calls when I call and are deliberately misrepresenting the facts of the service I purchase in order to deprive me of said service. As I have stated previously the Virtual Office Suite agreement was written in a way to deliberately deprive me of the service described in the description of the service on your website. Which is a suite number at your Dover DE building which can be utilized for than purpose with my financial institution as it so describes. As I have also previously stated this is due to political influence of my competitors and for other political purposes for the use of unjust enrichment. The service provides same day setup of the office suite and virtual office as well as phone service and open and scan services. If the service is set up the same day I should not be encountering this problem where I am unable to utilize the services appropriately for what is now approaching three weeks. These actions are causing me injury by delaying my funding application with my financial institution which deprives me of revenues, officer salaries and fringe benefits. It is not my intention to get into unnecessary disputes with other businesses but to operate my business efficiently and as smoothly as possible. Unfortunately we live in a highly competitive society where companies participate in anti competitive practices to force competitors out of business. As is the case here as I have expressed. I do not wish to take legal action against your company. I would prefer to utilize the services as described to operate my business. I have addressed these legal issues in a letter of intent to file supplemental pleadings. My phone service is currently due so I would like to rectify the situation today. I can call in today to make a payment and receive an updated and correct invoice for said service appropriately. If staff continues not to accept my calls it can not be addressed, if staff does not answer my emails it can not be addressed. If it can be addressed I will refrain from taking any legal action against your company however it will be addressed in my action against Roc Nation LLC due to the ongoing anti competitive practices being utilized to halt the financing of my business operations. However I will not cancel my services or end our initial agreements so please inform me before the end of the business day how we should proceed. So I can confirm the next appropriate steps to take. Thank you.

[Quoted text hidden]

---

**Delaware Corporate Headquarters** <info@delawareregisteredagent.com>
To: Bernard Bey <tzpsllc@tzpsllc.com>

Wed, Feb 1, 2023 at 5:19 PM

Good Afternoon Bernard!

I am here to help see what I can do to get you what you need.

I read through the emails and notes left regarding your previous conversations with my colleagues and I understand your urgent need. From what I understand you need an Invoice for the Phone Service (see attached) to reflect the address 8 The Green, STE A, Dover, Delaware, 19901 address which is the address for the Registered Agent Service in Delaware that we are providing to you.

If that is correct, I will be able to make that change for you, but I will need your confirmation and I need to have a mailing address on file for you that is not our Registered Agent address or the Virtual Office address we provided. This mailing address is for our own internal record keeping and is not shared or made public or listed on invoices. If you want me to move forward, let me know and tell me what address you would like to have listed for the mailing address and I can get that new invoice created.

I am so sorry for the stress this has no doubt caused. I hope this provides the resolution and information you were looking for. We are happy to take your email and call!

Looking forward to hearing from you soon!

Shannon Flynn
Team Leader
A Registered Agent Inc.
Delaware Corporate Headquarters LLC

8 The Green, Ste A
Dover, DE 19901
(302) 288-0670
info@delawareregisteredagent.com
www.delawareregisteredagent.com

**From:** "Bernard Bey" <tzpsllc@tzpsllc.com>
**To:** info@delawareregisteredagent.com
**Sent:** Wednesday, February 1, 2023 4:40:38 AM
**Subject:** Re: Account Updated: Billing Address

[Quoted text hidden]

📄 **Invoice - T.Z.P.S. 2023-01-13.pdf**
10K

---

**Bernard Bey** <tzpsllc@tzpsllc.com>                                                   Thu, Feb 2, 2023 at 9:57 AM
To: Delaware Corporate Headquarters <info@delawareregisteredagent.com>

Good morning Ms Flyn, on January 28th I corresponded with Danniell Simpson via email concerning this and attaching a pdf with the description of the virtual office service. Which specifically states said service providers a Delaware Business Prescence and Virtual Office which is two distinct services as well as phone service. It also specifically states. Same day service on the sign up forms. It goes on to state that the address is to be used for bank statements and as office letter head and all intents and purposes. If the invoice does not reflect the updates I made to the account I will take legal action. I have physical pdfs as evidence of the same. What you are requesting is a breach of contract, fraud and misrepresentation. I have updated my account billing, primary and mailing address to reflect the services I entered into contract with your company for. The invoice you have submit was changed in your system by staff when I corrected it. Leave the updates the clearly make the Delaware suite for T.Z.P.S. LLC as the Primary and Billing address as well as a mailing address and my personal address as the mailing address only, thank you.
[Quoted text hidden]

---

**Bernard Bey** <tzpsllc@tzpsllc.com>                                                   Thu, Feb 2, 2023 at 2:48 PM
To: Delaware Corporate Headquarters <info@delawareregisteredagent.com>

Also Ms Flyn, for the record, I have attached a copy of the pdf of the exact addresses I have updated in my account settings for my office suite located at your Delaware office building per the terms of the  Virtual Office;Suite service as provided in the description on the companies website for that service. The invoice you sent earlier means a staff member altered them from how I set them in the virtual office. The suite provided to me was 13958 at 8 The Green Dover Delaware 19901. I asked that the Lease agreement sent to me be updated to match the description as provided in the website. To fail to do so makes the company co conspirators in the deprivation of financing and federal services to exclude me from market competition. The service description specifically states the service provides a business presence in Delaware State and office suite inside said building. These services are routinely provided by registered agent companies as a business address solutions for companies looking to gain a physical presence without the unnecessary lease of a commercial office or for indemnity and all other business necessities. As it likewise states in the description that a larger physical suite can be leased to businesses as needed. As I have stated repeatedly. The actions to deprive me of such service is misrepresentation and fraud which is causing me substantial damages. And if we can not amicably resolve the issue  the company leaves me little choice but to assert my legal rights for breach of contract of services as described. Please respond to this email so I know how to proceed. Thank you.
[Quoted text hidden]

**2 attachments**

📄 **Upadated-Account-Settings-1-23-23.pdf**
114K

📄 **Virtual Office Signup Form.pdf**
315K

---

**Delaware Corporate Headquarters** <info@delawareregisteredagent.com>                   Fri, Feb 3, 2023 at 1:18 PM

To: tzpsllc@tzpsllc.com

Good Afternoon Bernard!

The information in the account you have with us is not the contact information for T.Z.P.S. LLC and putting that information there does not make it the official contact info for that company. Having a different address does not stop you from using our Registered Agent address on Delaware Secretary of State documents and it does not stop you from using the Virtual Office address for your business purposes. The purpose of the address inside your account with us is so that we can contact you, Bernard Bey, for billing and important mail.

As I stated previously, I understand you are in a unique position of needing consistent documentation and I am willing to help. I can put in a request to accommodate your need for the invoices to reflect the registered agent address, but I have to be able to provide a mailing address for you, not for T.Z.P.S. LLC, to list in the account in case we need to send something your way. Mailing documents to ourselves does not get them to you. I am asking for this information so we can provide prompt service for you now and in the future.

If that is not satisfactory to you, please take whatever actions you feel are right and just.

Cordially,
Shannon Flynn
Team Leader
A Registered Agent Inc.
Delaware Corporate Headquarters LLC
8 The Green, Ste A
Dover, DE 19901
(302) 288-0670
info@delawareregisteredagent.com
www.delawareregisteredagent.com

---

**From:** "Bernard Bey" <tzpsllc@tzpsllc.com>
**To:** "Delaware Corporate Headquarters" <info@delawareregisteredagent.com>
**Sent:** Thursday, February 2, 2023 6:57:17 AM

[Quoted text hidden]

[Quoted text hidden]

---

Bernard Bey <tzpsllc@tzpsllc.com>             Fri, Feb 3, 2023 at 2:27 PM
To: Delaware Corporate Headquarters <info@delawareregisteredagent.com>

Ms Flynn as the C.E.O. of said company, yes, me placing the principal place of Business as 8 The Green Suite 13958 Dover Delaware 19901. Legally makes it official. That was the main purpose of me obtaining the virtual office and suite at Delaware Registered Agent Inc. Primarily for banking purposes as a physical presence as the principal place of business for T.Z.P.S. LLC. The registered agent service specifically for receiving official documentation and service of process at 8 The Green Suite A Dover Delaware 19901 in accordance with the terms of that service. And Scan and upload services for all regular mail that is received on behalf of T.Z.P.S. LLC at 8 The Green Suite 13958 Dover Delaware 19901 as the principal office and place of business. A corporation is a fictitious entity a body without a soul and a construct of the mind, until someone puts it to paper and manifest it. Still it has rights because legally it is a person. A taxable entity registered to do business in the United States. We are two seperate entities I work for the company and as chief executive officer I am able to make that decision for the company. It is a necessity to seperate individual assets from the assets of the business. Ideminity is a necessity being that we live in an extremly litigious society. Corporate America is no different than the jungle there are predators and many looking for an easy lunch. Distinguishing the principal place of business is a necessity to prevent comangling of corporate funds for ideminity purposes. I have updated The principal place of business as stated above. Likewise 8 The Green Suite 13958 is the Billing Address for T.Z.P.S. LLC and its primary mailing address for all commercial purposes, please update all invoices accordingly. All official documents service of process I R.S.

documentation and the like received at 8 The Green Suite A Dover Delaware as apart of the companies acquired registered agent services I will address as necessity requires. However you have my individual residential address on file to contact me and I have updated my accounting settings to reflect that where I may have corporate mail forwarded on its behalf and to address any issues as necessity requires. I hope we have come to a consensus concerning these issues and can move forward. If the lease agreement can be updated to reflect this I will sign and forward it to Delaware Registered Agent Inc. Thank you for your time and attention. Good day

[Quoted text hidden]

 

Bernard Bey <tzpsllc@tzpsllc.com>

## Updated Proposal; Business Plan
2 messages

**Bernard Bey** <tzpsllc@tzpsllc.com>
To: jjordanfcda@optonline.net

Tue, Feb 28, 2023 at 9:59 AM

Good Morning Mayor Kennedy, Ms. Jordan,
Please find attached my updated Economic Development Initiative; Business Plan, within the next few days I will have secured 100k in financing through financial products issued by Divvy in order to begin operations. I look forward to my upcoming visit to The Village of Freeport and finally meeting. I would like to sincerely thank you for your time and support in hearing me out and guiding me through the process. I will keep you updated on my progress and call the office ahead of my visit to coordinate with you Ms Jordan, kind regards.

**2 attachments**



**F.Y.E. 7-19-23 Projections-Income Statement.jpg**
363K

**T.Z.P.S.LLC. Updated Business Plan 2-23-2023.pdf**
440K

**Bernard Bey** <tzpsllc@tzpsllc.com>
To: jjordanfcda@optonline.net

Fri, Mar 17, 2023 at 2:08 PM

Good afternoon Ms Jordan, I hope all is well and you are in a good spirit. I just wanted to update you on my progress. And request guidance on best practices on proceeding. I am currently working on submitting a funding application for the Home Investment Partnership Program with the Office of Community Development in Nassau County, the application is due by tonight midnight. I have found a suitable location that works for beginning the initial stages of the plan specified in my business plan/ proposal at 162 Sportsman Ave, Freeport NY 11520 to be renovated into a 3 unit multifamily and commercial property. I spoke with Mr. Matthew Levin who is the listing agent for the property and he expressed that it will need to be rezoned. Because my initial funding applications have been denied due to 1. Pressure from my competitors and 2. The youth of my business and it being a pre revenue start up I am currently negotiating to acquire an existing men's apparel company generating 10 million in revenue. I have to utilize creative financing in order to secure the initial financing to proceed. Likewise with a contract commitment from Nassau County and Freeport I could proceed with acquiring the financing based on a letter of commitment to a business funding solution. I will give you a call on Monday concerning the application for your input. Kind regards.
[Quoted text hidden]

 Gmail     Exhibit A6     Bernard Bey <tzpsllc@tzpsllc.com>

## Following Up And Massive Apparel Acquisition

4 messages

---

**Bernard Bey** <tzpsllc@tzpsllc.com>        Mon, May 15, 2023 at 7:38 AM
To: Makayla Kalagias <makaylak@mk.thefirmadvisor.com>

Good morning, Makayla,
      I am following up with my offer to acquire Massive Apparel because I haven't heard from anyone concerning my follow up proposal. Whereas no specific reason concerning why my offer was rejected when I offered to meet the exact specifics of the requested purchase amount and the terms. Please inform me if the company has been acquired or is still being offered for sale. Thank you.

---

**Bernard Bey** <tzpsllc@tzpsllc.com>        Mon, May 15, 2023 at 7:46 AM
To: Bernard Anderson Bey <bernardandersonbey@gmail.com>

[Quoted text hidden]

---

**Makayla Kalagias** <makaylak@mk.thefirmadvisor.com>        Mon, May 15, 2023 at 8:41 AM
To: Bernard Bey <tzpsllc@tzpsllc.com>

Hi Bernard,

Thank you for following up.  At this time, the seller is holding on the sale altogether.  He has stated that numbers are down for the year, so he wants to ensure they come back up before bringing on a buyer.

Thanks,

Makayla

**From:** Bernard Bey <tzpsllc@tzpsllc.com>
**Sent:** Monday, May 15, 2023 6:39 AM
**To:** Makayla Kalagias <makaylak@mk.thefirmadvisor.com>
**Subject:** Following Up And Massive Apparel Acquisition

Good morning, Makayla,

[Quoted text hidden]

---

**Bernard Bey** <tzpsllc@tzpsllc.com>        Mon, May 15, 2023 at 9:55 AM
To: Makayla Kalagias <makaylak@mk.thefirmadvisor.com>

Thank you Makayla,
      Please express to Mr Ross even if the numbers are down for the company I am willing to give him his asking price or a significant amount over asking price on agreeable specified terms that are both affordable and agreeable to both our interest. Alternatively I can purchase the company at 90% of the bank appraised value while Mr Ross retains 10% ownership as a silent or vocal partner whichever he prefers, I realize he said he is aimed at retiring. I plan on resealing the company for between $250 and 1 billion dollars sometime in the near future.

I am currently negotiating to bring my company under Live Nation Entertainment and produce 5 festivals the first of which is to be conducted in Freeport Long Island. I plan to outsource my events with Live Nation Entertainment who owns over 90% of both broadcast radio and Live Entents in the USA. The success of excelerating T.Z.P.S. LLC's brand in both the sound recording and Apparel industry is hinged on the successful acquisition of a profitable company in either industry.

I am currently simultaneously working on acquiring the $450,000 down payment with various financial institutions, however I have been met with some adversity due to interference from my competitors Roc Nation LLC, etc and bureaucratic red tape due to my minority status. I am currently in the process of seeking depositions against the financial institutions in lieu of filing for declaratory judgement and or other relief to insure they follow SBA stand operating procedures concerning underwriting and appraising fair market value and financial projections so I can move forward with the acquisition as planned. Please express to Mr Ross my earnest in making this acquisition a reality and a lucrative pleasant and smooth transition for all interested parties. I await word from Mr Ross. Thank you for your time and assistance. Good day.

[Quoted text hidden]

Exhibit A)-(1)



**$3,115,299.86**

↗ (+$3,115,299.86)

1D  1W  1M  1Y  **ALL**

| | |
|---|---|
| **FEGtoken** | **$3,115,296.47** |
| 12,075,260,554 FEG | - |
| **FEGtoken (old)** | **$2.59** |
| 12,075,260,554 FEG_ | - |
| **Ethereum** | **$0.71** |
| 0.0003784 ETH | - |

Wallet  Market  Discover  My Ledger

9:21

🔒 migrate.fegtoken.com

**Transaction successful!** ✕

~11.83B　　>>　　~11.83K

I confirm that I have approved the total FEG amounts and by completing the final step, I wish to complete the token migration process and convert my total FEG to the new upgraded FEGtoken - powered by SmartDeFi™

**2　　Complete Migration**

New FEG contract:

**Audited by**

**PeckShield**

learn more at **FEG**token.com

⊙ Assets　　▤ Transactions　　🌐 Browser　　🔍 Explore　　⚙ Settings

9:21

migrate.fegtoken.com

**Transaction successful!** ✕

TOTAL FEG TO MIGRATE

~11.83B  ≫  ~11.83K

I confirm that I have approved the total FEG amounts and by completing the final step, I wish to complete the token migration process and convert my total FEG to the new upgraded FEGtoken - powered by SmartDeFi™

**2    Complete Migration**

New FEG contract:

**Audited by**

**PeckShield**

learn more at **FEG**token.com

Assets    Transactions    Browser    Explore    Settings

9:08

# Received FEG Token

## 11,833,756,061.581 FEG

| | |
|---|---|
| From | 0xb7b6...b678 |
| To | bernardbey.cb.id • 0x3a13...d2a7 |
| Network | Ethereum |
| Transaction hash | 0x1d81...83c8 |
| Submitted | 6:40 AM Jun 23, 2023 |
| Completed on | 6:40 AM Jun 23, 2023 |
| Amount | 11,833,756,061.581 FEG |
| Network fee ⓘ | $5.35 • 0.00285 ETH |
| Total received | 11,833,756,061.581 FEG |

 **Receive**                    Complete

**View on Etherscan**



Exhibit A1-6



Exhibit A8

**Investigation**
**Progress Notes**

WARNING
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **CASE NAME:** | Jiminez,Brittany | **CASE ID:** | 26274733 |
| **STAGE NAME:** | Anderson-Bey,Bernard | **STAGE ID:** | 31592712 |

The young lady stated that CPS could refer to her as Stephanie.

CPSS11 instructed CPS to wait with Stephanie and the child while the case is discussed with the DD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*End of Note\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | | | |
|---|---|---|---|---|---|
| **Event Date:** | 10/4/2017 | **Event Time:** | 4:30 PM | **Duration:** | |
| **Entry Date:** | 10/6/2017 | **Dist.Agy:** | A66 | **Note Status:** | Final |
| **Author:** | Kelly, Annise | | | **Entered By:** | Kelly,Annise |
| **Method:** | Face To Face | | | | |
| **Location:** | Case Address | | | | |
| **Type(s):** | Casework Contact | | | Unannounced Visit | |
| **Purpose(s):** | Investigation | | | | |
| **Other Participant(s):** | Friend | | | | |
| **Family Participant(s):** | Jimenez,Jordyn | | | | |
| **Focus:** | Jimenez,Jordyn | | | | |

**Progress Notes Narrative:**

☐  Child's name:   Jordyn Jimenez
☐  Primary Language:  English
☐  Location of interview: case address
☐  If the child was interviewed separately  ☐ yes   ☐ no
  o    If not, give specific reasons as to why and indicate who else was present during the interview.  The father's friend Stephanie was present

1.  **Child's account/explanation of the reasons for child welfare involvement.**
   The child Jordyn Jimenez is a 1 year old female and is unable to communicate effectively to her interviewed. CPS assessed the child. The child was clean, dressed in clean clothing and she smelled clean. CPS held the child and played with the child. The child was smiling and active. The child was moving all four limbs freely and moving her head. The child's eyes were clear and focused. The child appears to be developing age appropriately but is not walking yet.

1.  **Describe child's appearance:**  The child Jordyn is an African American/Hispanic female of 1 years old. The child is light skinned with dark brown eyes and curly black hair.

   a.  **Describe any marks/bruises (include size, shape, color, location of injuries and document if photographs were taken). Include child's explanation of the cause of the marks/injuries.**
   The child was observed to be free of marks and bruises

   a.  **Describe, if any immediate medical treatment sought for child and doctor's findings on cause of injuries.**
There was no immediate treatment as the child has no injuries

1.  **Medical Care**
   a.  Date of when child last received medical care: 9/30/2017 as reported by Stephanie
   b.  Medical provider name and contact information:  Unknown
   c.  Are immunizations up to date: ☐ yes  ☐ no  ☐ unknown
   d.  Special Medical needs: ☐ yes  ☐ no
      i. If yes, describe: :
   e.  Pertinent medical history: Unknown
   f.  Describe if the child on any type of medication and/or using medical equipment:  : Unknown

|                          | Investigation<br>Progress Notes | WARNING<br>CONFIDENTIAL INFORMATION<br>AUTHORIZED PERSONNEL ONLY |
|---|---|---|

**CASE NAME:** Jiminez,Brittany        **CASE ID:** 26274733
**STAGE NAME:** Anderson-Bey,Bernard      **STAGE ID:** 31592712

g.  **Does child require immediate medical treatment/follow up at this time? Unknown**

2.  **Describe any past/present diagnosed/perceived mental health needs and treatment.**
The child does not have any past/present diagnosed or perceived mental health needs and treatment.

3.  **Describe whether child's basic needs (food, shelter, sleeping arrangements, clothing and supervision, medical care, educational needs) are being met, include discussion around safe sleep.**
CPS has not assessed the home to confirm that the child's basic needs are being made.

4.  **Describe the relationship the child has with other adults that live in the home:**
CPS did not observe the interactions between the father and child at this time as the father was no present. The child appeared to be familiar with Stephanie as the child reached out for Stephanie when CPS was holding her. Stephanie was attentive to the child as the child cried after CPS placed her back in the stroller. Stephanie gave the child a juice bottle and the child calmed down and fell asleep. The father arrived, the child was asleep but when she heard her father's voice she woke up and cried for her father. The father was attentive to the child and she fell back to sleep

5.  **Describe the child's knowledge about drugs/alcohol and if anyone in the home is using it.**
The child has no knowledge of drugs and/or alcohol.

6.  **Describe the child's behavior. (Include concerns for youths drug use, CSEC, dating, etc.)**
The child was a happy playful child. CPS held the child and she smiled while playing with CPS headset.

7.  **Describe any diagnosed/perceived developmental delays (refer to milestones guidance), and how it affects family functioning.**
The child does not have any known diagnosed or perceived developmental delays at this time.

8.  **Describe the child's school/day care/babysitting information (include IEP):**
The child attends day care at Bright Side Academy (718) 346-1064 located at 58 Belmont Avenue Brooklyn NY 11212.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*End of Note\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | | | |
|---|---|---|---|---|---|
| **Event Date:** | 10/4/2017 | **Event Time:** | 4:40 PM | **Duration:** | |
| **Entry Date:** | 10/6/2017 | **Dist.Agy:** | A66 | **Note Status:** | Final |
| **Author:** | Kelly, Annise | | | **Entered By:** | Kelly,Annise |
| **Method:** | Face To Face | | | | |
| **Location:** | Case Address | | | | |
| **Type(s):** | Casework Contact | | | Unannounced Visit | |
| **Purpose(s):** | Investigation | | | | |
| **Other Participant(s):** | | | | | |
| **Family Participant(s):** | Unknown,Stephani | | | | |
| **Focus:** | Unknown,Stephani | | | | |

**Progress Notes Narrative:**

- Name of interviewee: Stephanie (aka Unknown, Unknown
- Location of interview:  case address
- Was the interview conducted separately ☐ yes ☐ no
    o  If not, give specific reasons as to why and indicate who else was present during the interview.  Click here to enter text.

Notices of Existence provided to all required persons? ☐ Yes ☐ No
- If no, why not: Click here to enter text.
- To whom and method of delivery:  Click here to enter text.

Investigation
Progress Notes

CASE NAME:   Jiminez,Brittany        CASE ID:    26274733
STAGE NAME: Anderson-Bey,Bernard     STAGE ID:   31592712

2.  Basic facts about household composition:
3.  Employment (if applicable): Unknown (refused to disclose)
4.  Source/amount of income:  Unknown (refused to disclose)
5.  Primary language:  English
6.  Resident status:  Citizen
7.  Culture/ethnicity:  Other
8.  Religion:  None
9.  Record type of health care insurance and carrier: Unknown (refused to disclose)

10. Alleged/confirmed subject's account of the reasons for child welfare involvement:
    CPS addressed the reported concerns with the parent substitute. The parent substitute denied the reported concerns. The parent substitute admitted that she and the father had a verbal dispute but denied that it was in the presence of the child. The parent substitute stated that she made allegations but stated that she only said in out of anger and none it was true. The parent substitute stated that she would start from the beginning. She said on 9/30/2017 she went with the father to take the child Jordyn to the Dr. She said while speak with the Dr. the Dr. had concerns regarding the child being 1 years old and not walking yet. She said the Dr. suggested a service that would assess the child for delays. CPS inquired if it was early intervention and she said yes she believes that is what the Dr. said. The parent substitute stated that the father was not interested in the services. She said she was agreeing with the Dr. and felt that it would be good for the child. She said the Dr. didn't say the child had developmental delays but was suggesting the services. The parent substitute stated that the father got upset because he felt that she was going against him and taking the Dr. side. The parent substitute stated that she told the father that she was not going against him. She said the father was upset and she was upset so she stated that she was going to go back to the facility with him, get her stuff and leave. She said when they arrived back at the facility she was upset and was not speaking to the father. She said he asked her why she was leaving. She said she was calling him a rapist among other things. CPS inquired if he raped her and she said no. She said she was upset because he called her a little girl and a B*^&% when he locked her out. CPS inquired about the statements regarding the father sexually abusing the child Jordyn. The parent substitute stated that she said a lot of things that were not true but she never said anything about the baby. She said the father takes very good care of the child and he loves the child very much. She said she does not know where that allegation came from but she never said that. CPS inquired about her pushing her way into the room and attacking the father. The parent substitute stated that did not happen. She said they had a verbal dispute but there was no physical contact. She said when she got into the room she was yelling allegation as she was getting her stuff and then she left. The parent substitute stated that this was her and the father first dispute and it hurt her. She said they usually get along well and everything with them is happy and joyful until the incident. She said even though they worked past it things are not the same. She said the father is past it because he has an attitude like that was then now move past it but for her she still think about the words. CPS inquired about her relationship with the father. The parent substitute stated that they are not in a relationship, but they are trying to be. She said if CPS was to ask him about their relationship he would say she is his girlfriend but they have not reached that level yet. CPS inquired if she resides with the father and she said no, she said she comes to visit and stay the night sometimes but she does not live there. The parent substitute stated that a day later the father called her, she said actually she called him first but he did not get the call because he was not on WiFi. She said he called her and asked her to come over so they can talk. She said she came over and they talked about the incident. She said they agreed not to argue and to talk out whatever is a problem. She said they also agreed that if they are mad at one another they would walk away and discuss the matter when they are both calm.
    While CPS was talking to the parent substitute she made contact with the father. The parent substitute informed the father that CPS was at the home. The father stated that he was on his way to the facility.

11. Describe if there are any diagnosed or perceived mental health issues past/present and how it impact on the children safety.
    The parent substitute does not have a known or reported diagnosed mental health issues as she refused to disclose any information.