UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
BERNARD T. ANDERSON BEY,

                Plaintiff,

           -against-                       1:24-cv-02295 (ALC)

ROC NATION, LLC, et al.,                 **ORDER**

                Defendants.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the request from Defendant Coinbase, Inc. for a pre-motion conference in relation to its anticipated motion to compel arbitration, or in the alternative, to dismiss. (ECF No. 61). Defendant's request for a pre-motion conference is **DENIED**. Defendant Coinbase, Inc is **GRANTED** leave to file a its motion. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

       Defendant's opening brief due by **November 15, 2024**

       Plaintiff's opposition brief due by **December 13, 2024**

       Defendant's reply brief due by **December 27, 2024**

**SO ORDERED.**

Dated:   October 25, 2024
             New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     United States District Judge