UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**BERNARD T. ANDERSON BEY,**

                **Plaintiff,**

       **-against-**                             **1:24-cv-02295 (ALC)**

**ROC NATION, LLC, et al.,**                 **ORDER**

                **Defendants.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the request from Defendant Live Nation Entertainment, Inc. for a pre-motion conference in relation to its anticipated motion to dismiss. (ECF No. 60). Defendant's request for a pre-motion conference is **DENIED**. Defendant Live Nation Entertainment, Inc. is **GRANTED** leave to file a motion to dismiss. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

       Defendant's opening brief due by **November 15, 2024**

       Plaintiff's opposition brief due by **December 13, 2024**

       Defendant's reply brief due by **December 27, 2024**

**SO ORDERED.**

Dated:   October 25, 2024
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**