UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

BERNARD T. ANDERSON BEY,

                Plaintiff,

    -against-                          1:24-cv-02295 (ALC)

ROC NATION, LLC, et al.,                   **ORDER**

                Defendants.

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       This Court is in receipt of Plaintiff's letters concerning the docketing of the Clerk's Certificate of Default against Defendant Renaissance Economic Development Corporation. The Court will conduct a telephone status conference in this action on **December 3, 2024, at 3:00PM**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

SO ORDERED.

Dated:  November 15, 2024
           New York, New York

                                                             **ANDREW L. CARTER, JR.**
                                                             United States District Judge