UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
BERNARD T. ANDERSON BEY,

                Plaintiff,

            -against-

ROC NATION, LLC, et al.,

                Defendants.
----------------------------------------------------------- x

1:24-cv-02295 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior order in ECF No. 94 because the Court is replacing its telephonic conference system. The Court will conduct a telephone status conference in this action on **December 3, 2024, at 3:00PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: **2319 454 5869#**).

**SO ORDERED.**

Dated:   November 25, 2024
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**