UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
BERNARD T. ANDERSON BEY,

      Plaintiff,

   -against-

ROC NATION, LLC, et al.,

      Defendants.

------------------------------------------------------- x

1:24-cv-02295 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court amends its prior order in ECF No. 110 because the Court is replacing its telephonic conference system. The Court will conduct a telephone status conference in this action today, **December 3, 2024, at 3:00PM**. All parties shall appear and should contact the Court at **1-650-479-3207** (access code: 2319 454 5869#).

**SO ORDERED.**

Dated: December 03, 2024
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**