**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

**BERNARD T. ANDERSON BEY,**

             **Plaintiff,**

        **-against-**

**ROC NATION, LLC, et al.,**

             **Defendants.**

------------------------------------------------------------- x

        **1:24-cv-02295 (ALC)**

        <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

Following today's status conference the Court is granting Plaintiff leave to file a motion for default judgment against Defendant Renaissance Economic Development Corporation.  The Court is **DENYING** without prejudice the previous motion for default judgment at ECF No. 32. The Clerk's Office is directed to allow Plaintiff to submit this motion for default judgment even though no clerk's certificate of default has been entered.  The motion for default shall have the following briefing schedule:

Plaintiff's motion and opening brief are due by **January 6, 2025**

Defendant's responding brief is due by **January 27, 2025**

The Court additionally grants Plaintiff leave to file a motion to stay. The motion for stay shall have the following briefing schedule:

Plaintiff's motion and opening brief are due by **December 11, 2024**

Defendants' responding briefs are due by **December 23, 2024**

The Court additionally grants Plaintiff's request at ECF No. 111 to withdraw the amended

complaint at ECF No. 58 and submit the exhibits in ECF No. 111 as incorporated by reference to ECF No. 57.  The Defendants' motions to dismiss the amended complaint are still active and are taken to be responsive to ECF Nos. 57 and 111.

The Courts grants Plaintiff an extension to respond to the motions to dismiss.  This order amends the briefing schedules issued at ECF Nos. 77, 78, 79, and 80 to the following:

Plaintiff's opposition briefs are due by **January 10, 2025**

Defendants' reply briefs are due by **January 21, 2025**


Lastly, the Clerk's Office is ordered to terminate ECF Nos. 10, 26, 32, 36, 38, 47, 48, 70, 73, 88. The Court notes that following the conference the Plaintiff is no longer lodging any objections against the Clerk's Office.


**SO ORDERED.**

**Dated:**   **December 3, 2024**
        **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**

2