**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
BERNARD T. ANDERSON BEY,                  :
                                          :
            Plaintiff,                     :
                                          :        **1:24-cv-02295 (ALC)**
            -against-                      :
                                          :        **ORDER**
ROC NATION, LLC, et al.,                   :
                                          :
            Defendants.                    :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of Plaintiff's motions at ECF Nos. 117 and 118.  Defendants are

ordered to respond to the Plaintiff's filings by December 20, 2024.  Plaintiff shall file a reply by

December 27, 2024.

   The Court will hold a telephonic conference on **Wednesday, January 15, 2025 at**

**3:00PM**.  All parties shall appear and should contact the Court at **1-855-244-8681** (access code:

2319 454 5869#).

**SO ORDERED.**

Dated:   **December 11, 2024**
         **New York, New York**

                                          _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**