UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

BERNARD T. ANDERSON BEY,

                   Plaintiff,

                   -against-

ROC NATION, LLC, et al.,

                   Defendants.

------------------------------------------------------- x

1:24-cv-02295 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter, requesting clarification and a continuance, filed December 18, 2024. ECF No. 139. Following the telephone status conference held in this matter on December 3, 2024, the Court granted Plaintiff leave to file a Motion for Default Judgment. ECF No. 115. Plaintiff filed this motion on December 5, 2024. ECF No. 123. Defendant Renaissance Economic Development Corporation has until January 27, 2025 to file its brief in opposition to the Plaintiff's motion. ECF No. 115.

The Court **GRANTS** the Plaintiff a continuance to answer the Defendants' motions to dismiss. This order amends the briefing schedules issued at ECF Nos. 77, 78, 79, and 80 to the following:

Plaintiff's opposition briefs are due by **January 31, 2025**

Defendants' reply briefs are due by **February 14, 2025**

**SO ORDERED.**

Dated:   **December 27, 2024**
          **New York, New York**

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**