UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
**BERNARD T. ANDERSON BEY,**

                     **Plaintiff,**

            -against-

**ROC NATION, LLC, et al.,**

                    **Defendants.**
----------------------------------------------------------- x

**1:24-cv-02295 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court **GRANTS** the Plaintiff a continuance until **January 7, 2025** to file his reply to the Defendants' briefs docketed at ECF 131, 132, 133, 135, and 136.

**SO ORDERED.**

Dated:   **January 2, 2025**
            **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**