UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**BERNARD T. ANDERSON BEY,**

                 **Plaintiff,**

          **-against-**

**ROC NATION, LLC, et al.,**

                 **Defendants.**

---------------------------------------------------------- x

**1:24-cv-02295 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff is ordered to submit to the Court a USB drive or DVD containing the videos referenced in Plaintiff's January 31, 2025 email and hyperlinked in Plaintiff's December 11, 2024 email, on or before **February 10, 2025**.

**SO ORDERED.**

Dated:    February 3, 2025
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**