UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
BERNARD T. ANDERSON BEY,

                Plaintiff,

         -against-

ROC NATION, LLC, et al.,

               Defendants.
---------------------------------------------------------- x

1:24-cv-02295 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is granted an extension to file a reply to Defendant Renaissance Economic Development Corporation's opposition to the motion for default judgment. Plaintiff must file his response on or before **February 10, 2025**.

Plaintiff is ordered to inform the Court about whether the Court may consider his filings at ECF Nos. 148 and 149 to be his opposition to Defendants' motions for dismiss. If not, Plaintiff may have until **February 10, 2025** to file such an opposition.

**SO ORDERED.**

Dated:    **February 4, 2025**
             **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**