UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BERNARD T. ANDERSON BEY,

                Plaintiff,

-against-

ROC NATION, LLC, et al.,

                Defendants.

------------------------------------------------------------ x

1:24-cv-02295 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's letter requesting leave to file supplemental pleadings. ECF No. 172. Defendants are ordered to respond to Plaintiff's filing by September 3, 2025.

**SO ORDERED.**

Dated:    August 29, 2025
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            United States District Judge