UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERNARD T. ANDERSON BEY,

                Plaintiff,

-against-                      24 **CIVIL** 2295 (ALC)

**JUDGMENT**

ROC NATION LLC, et al.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendants' motions to dismiss are GRANTED. Plaintiff's motions for default judgment are DENIED. Plaintiff's motion for recusal is DENIED. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York

        September 30, 2025

                                          **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                  **BY:**
                                          **Deputy Clerk**