USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BERNARD T. ANDERSON BEY,

                Plaintiff,

-against-

ROC NATION, LLC, et al.,

                Defendants.

------------------------------------------------------------ x

1:24-cv-02295 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 29, 2025, Plaintiff filed a motion for leave to appeal in forma paurperis. ECF No. 185. Plaintiff's request is hereby **DENIED**. See 28 U.S.C. § 1915.

**SO ORDERED.**

Dated:    October 31, 2025
               New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              United States District Judge