USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/25/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**BERNARD T. ANDERSON BEY,**

          **Plaintiff,**

-against-

**ROC NATION, LLC, et al.,**

          **Defendants.**

------------------------------------------------------------ x

1:24-cv-02295 (ALC)

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

On March 27, 2024, *pro se* Plaintiff Bernard T. Anderson Bey initiated this action. ECF No. 1. On September 29, 2025, this Court issued an order finding that Plaintiffs pleadings were in violation of a previous anti-filing injunction issued against him. ECF No. 181. The Court also noted separate grounds on which Defendants' motions to dismiss would be granted and default judgement would be inappropriate. ECF No. 181. Accordingly, the Court dismissed Plaintiff's claims with prejudice and directed the Clerk of Court to terminate the case. ECF No. 181.

On October 26, 2025, Plaintiff filed notice of a motion request for oral argument. ECF No. 183. On October 31, 2025, Plaintiff filed an amended motion to vacate and an application for reassignment and rehearing. ECF No. 190. On November 14, 2025, Defendants each filed a memorandum of law in opposition to Plaintiff's motion to vacate. ECF Nos. 192-195. As this case had already been terminated, Plaintiff is directed to cease filing any further motions on the docket.

The Clerk of Court is respectfully directed to terminate all pending motions at ECF No. 184 and 190.

**SO ORDERED.**

Dated:    November 25, 2025
              New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**